# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0245
_____

FELICE JOHN VEACH,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


February 22, 2024


PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of counsel as untimely.

ROBERTS, ROWE, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Felice John Veach, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.